## Curry, Appellant, v. Wolstencroft.

Argued October 14, 1927. Appeal No. 156, October T., 1927, by plaintiff from judgment of C. P. No. 5, Philadelphia County, June T., 1924, No. 812. In the case of William J. Curry v. Isaac H. Wolstencroft. Before PORTER, P. J., HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and CUNNINGHAM, JJ. Reversed.

Trespass to recover for personal injuries before HENRY, P. J., 52nd Judicial District, Specially Presiding.

The facts are stated in the opinion of the Superior Court.

Verdict for plaintiff in the sum of $200.00. Subsequently the Court, upon motion of defendant, entered judgment in favor of the defendant non obstante veredicto. Plaintiff appealed.

*Error assigned* was the entry of judgment in favor of the defendant non obstante veredicto.

*John V. Horan,* and with him *Robert M. Bernstein,* for appellant.

*Benjamin O. Frick,* for appellee.

OPINION BY CUNNINGHAM, J., March 2, 1928:

This is an appeal by the husband of Sarah Curry, appellant, at No. 157, October T., 1927, of this court. The appellant here recovered a verdict for the loss of the services of his wife due to the injuries suffered by her through the alleged negligence of the defendant. The court below entered judgment for defendant n. o. v.

For the reasons stated in the opinion this day filed at No. 157, October T., 1927, the judgment in favor of the defendant is reversed and judgment is now entered for plaintiff on the verdict.